## THE STATE v. TROUTMAN, Appellant.

Division Two, November 20, 1906.

**NO BILL OF EXCEPTIONS.** Where there is no bill of exceptions
and the record proper is free from error, the judgment will be
affirmed.

Appeal from Buchanan Criminal Court.—*Hon. A. D.
Burnes,* Special Judge.

AFFIRMED.

*Herbert S. Hadley,* Attorney-General, and *N. T.
Gentry,* Assistant Attorney-General, for the State.

BURGESS, P. J.—The prosecuting attorney of
Buchanan county filed an information in the criminal
court of that county charging the defendant, James
Troutman, Robert Kearney and David Masner, jointly
with robbery in the first degree. Thereafter upon the
motion of defendant a severance was granted him, and
upon trial had he was found guilty as charged and his
punishment fixed at five years imprisonment in the
penitentiary. He appeals.

No bill of exceptions was filed in this case, so that
there is nothing before us for review except the record
proper.

The information is well enough, and the record free from error. The judgment is therefore affirmed. All concur.